Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00706-CV

**LRL ENTERPRISES, INC**.,
Appellant

v.

Eddie **RAMIREZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-08271
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  November 2, 2011.

DISMISSED

Appellant LRL Enterprises, Inc. has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are

taxed against appellant. *See id.* 42.1(d).

PER CURIAM